*Timothy M. Griffing, George T. Hammond* and *Clarence G. T. Smith* for appellants.

*Jesse Johnson* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GIOVANNI GANGI, Appellant.

*People* v. *Gangi,* 136 App. Div. 939, affirmed.
(Argued May 2, 1910; decided May 17, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 4, 1910, which affirmed a judgment of the Court of General ·Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of grand larceny in the second degree.

*Charles E. Le Barbier* for appellant.

*Charles S. Whitman, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

ALBERT REED, as Administrator of the Estate of JAMES B. WILEY, Deceased, Respondent, *v.* EDRICK FARRAND et al., Appellants.

*Reed* v. *Farrand,* 134 App. Div. 909, affirmed.
(Argued May 2, 1910; decided May 17, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 9, 1909, affirming a judgment in favor of plaintiff entered